UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA,          :

                                                      :

                  -v-                       :             23 Cr. 224 (JPC)

                                                    :

MARTIN MATEO,                   :                 <u>ORDER</u>

                                        Defendant.       :

                                                    :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Government shall submit a copy of the transcript of Defendant's waiver of indictment,

arraignment, and guilty plea allocution on May 3, 2023 before the Honorable Stewart D. Aaron to

the undersigned no later than May 31, 2023.

      SO ORDERED.

Dated: May 4, 2023
      New York, New York                                 JOHN P. CRONAN
                                             United States District Judge