UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                              :
:
  - v. -                                              :
:    **23 Cr. 224 (JPC)**
MARTIN MATEO,                                         :
:
          Defendant.                          :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on May 3, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Defendant's sentencing hearing is scheduled for August 15, 2023, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  In accordance with the Court's Individual Rules, Defendant's submission is due August 1, 2023, and the Government's submission is due August 8, 2023.

SO ORDERED:

May 8, 2023
New York, New York

                                                                                           _____
                                                                                           JOHN P. CRONAN
                                                                                           United States District Judge